UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cr-00154-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| Vs. | ) ORDER |
| **JOHN TORRENCE WRIGHT**, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice the charges against Defendant in the above-captioned Bill of Indictment. (Doc. No. 17). The Government moves to dismiss the pending charges because Defendant has pled guilty to related charges in this Court's Docket Number 3:23-CR-28-MOC. The Court will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Without Prejudice, (Doc. No. 17), is **GRANTED**.

Signed: March 2, 2023

Max O. Cogburn Jr
United States District Judge